■ EDWARD C. SLONIGER et al., Respondents, v NIAGARA MOHAWK POWER CORPORATION, Appellant and Third-Party Plaintiff-Respondent. NEW YORK TELEPHONE COMPANY, Third-Party Defendant-Appellant. [648 NYS2d 372]—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rath, Jr., J. (Appeals from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Wesley, Doerr and Boehm, JJ.

■ ELIZABETH KYLE et al., Appellants, v WALTER PASTERNAK, Respondent, and MONROE TREE & LAWNTENDER, INC., et al., Appellants. (Appeal No. 2.) [648 NYS2d 372] —Appeals unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Denman, P. J., Green, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYJESMAN BROWN, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [648 NYS2d 373] —Judgment unanimously affirmed without costs. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38), and motion to extend time for defendant to appear *pro se* denied. (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.